No. 13,875.

LEE *v.* CITY OF GREELEY.
(54 P. [2d] 1211)

Decided January 20, 1936.

Judgment affirmed en banc without written opinion. Mr. Chief Justice Campbell not participating.

Mr. ELMER P. COGBURN, for plaintiff in error.

Mr. G. H. BRADFIELD, for defendant in error.